FILED
2012 NOV 14 AM 8:30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 99cr2399-N |
| Plaintiff, | |
| v. | ORDER AND JUDGMENT |
| ENRIQUE BRIZUELA-RODRIGUEZ, | |
| Defendant. | |

Upon application of the United States Attorney, and good cause appearing therefor,

IT IS HEREBY ORDERED that the indictment be dismissed and the arrest warrant be recalled in the above-captioned case.

DATED: November 13, 2012.

HONORABLE BARBARA L. MAJOR
United States Magistrate Judge